IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) vs. ) ) ROGELIO CHAVARRIAS-VARGAS ) ) Defendant. ) ) | No. 1:12-CR-00426 LJO ORDER OF RELEASE |

The above named defendant having been sentenced on January 7, 2013, to time served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow. This Order in no way addresses any potential or existing Immigration or Deportation issues.

IT IS SO ORDERED.

Dated: **January 7, 2013**      /s/ Lawrence J. O'Neill
                                UNITED STATES DISTRICT JUDGE